**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:13-BK-20659 |
| | § | |
| Johnny Clark Trucking LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $22,794.03 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $683,728.28 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $202,127.20 | | |

3)        Total gross receipts of $885,855.48  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00  (see **Exhibit 2**), yielded net receipts of $885,855.48  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $642,457.04 | $642,457.04 | $630,321.21 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $200,519.20 | $200,519.20 | $200,519.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $1,608.00 | $1,608.00 | $1,608.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $25,417.72 | $25,417.72 | $25,417.72 |
| General Unsecured Claims (from **Exhibit 7**) | $142,091.65 | $87,310.72 | $87,310.72 | $27,989.35 |
| **Total Disbursements** | $142,091.65 | $957,312.68 | $957,312.68 | $885,855.48 |

4).  This case was originally filed under chapter 11  on 12/31/2013 . The case was converted to one under Chapter 7 on 06/30/2014.  The case was pending for 70  months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/20/2020</u>                     By:    <u>/s/ Robert L. Johns</u>
                                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| City National Bank, P. O. Box 5077, Cross Lanes, WV 1. General Account ending in 5754, $8,456.89 2. Payroll Account endi | 1129-000 | $12,759.91 |
| See Attachment | 1129-000 | $841,250.00 |
| Snap-On Tool box with extensions | 1229-000 | $21,500.00 |
| Claim for preferential payments and fraudulent conveyance | 1249-000 | $9,871.85 |
| Interest from City National Account | 1270-000 | $473.72 |
| **TOTAL GROSS RECEIPTS** | | **$885,855.48** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Mack Financial Services | 4110-000 | $0.00 | $562,710.08 | $562,710.08 | $550,574.25 |
| | Mack Financial Services | 4210-000 | $0.00 | $68,190.77 | $68,190.77 | $68,190.77 |
| | Snap-on Credit, LLC | 4210-000 | $0.00 | $11,556.19 | $11,556.19 | $11,556.19 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$642,457.04** | **$642,457.04** | **$630,321.21** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $47,542.77 | $47,542.77 | $47,542.77 |
| Robert Johns, Trustee | 2200-000 | NA | $97.79 | $97.79 | $97.79 |
| Insurance Partners Agency, INC | 2300-000 | NA | $359.95 | $359.95 | $359.95 |
| Investment Recovery, Inc. | 2420-000 | NA | $36,120.00 | $36,120.00 | $36,120.00 |
| Pinnacle Bank | 2600-000 | NA | $1,327.53 | $1,327.53 | $1,327.53 |
| United States Trustee's Office | 2690-720 | NA | $3,254.68 | $3,254.68 | $3,254.68 |
| United States | 2700-000 | NA | $712.00 | $712.00 | $712.00 |

| Bankruptcy Clerk | | | | | |
|---|---|---|---|---|---|
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $16,888.50 | $16,888.50 | $16,888.50 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $181.88 | $181.88 | $181.88 |
| Auctioneer commission , Auctioneer for Trustee | 3610-000 | NA | $60,814.10 | $60,814.10 | $60,814.10 |
| Auctioneer expenses, Auctioneer for Trustee | 3620-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| Investment Recovery Company of West Virginia, Consultant for Trustee | 3731-000 | NA | $3,220.00 | $3,220.00 | $3,220.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $200,519.20 | $200,519.20 | $200,519.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WV State Tax Department | 6820-000 | NA | $1,608.00 | $1,608.00 | $1,608.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $1,608.00 | $1,608.00 | $1,608.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | $0.00 | $6,250.36 | $6,250.36 | $6,250.36 |
| 4 | West Virginia State Tax Department | 5800-000 | $0.00 | $6,359.91 | $6,359.91 | $6,359.91 |
| 9 | WV Offices of the Insurance Commissioner | 5800-000 | $0.00 | $4,878.00 | $4,878.00 | $4,878.00 |
| 10 | WorkForce West Virginia | 5800-000 | $0.00 | $7,929.45 | $7,929.45 | $7,929.45 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $25,417.72 | $25,417.72 | $25,417.72 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cat Commercial | 7100-000 | $9,000.00 | $8,044.74 | $8,044.74 | $2,578.92 |

| | Acct | | | | | |
|---|---|---|---|---|---|---|
| 2 | Interstate Billing | 7100-000 | $9,000.00 | $7,160.30 | $7,160.30 | $2,295.39 |
| 4a | West Virginia State Tax Department | 7100-000 | $0.00 | $363.07 | $363.07 | $116.39 |
| 5 | Petroleum Products, Inc. | 7100-000 | $36,686.36 | $39,532.61 | $39,532.61 | $12,673.04 |
| 6 | Cyrus & Adkins | 7100-000 | $7,500.00 | $23,540.36 | $23,540.36 | $7,546.37 |
| 8 | Red Bird Tire | 7100-000 | $7,243.45 | $8,669.64 | $8,669.64 | $2,779.24 |
| | Chapman Printing Company, Inc. | 7100-000 | $699.60 | $0.00 | $0.00 | $0.00 |
| | Crane Man | 7100-000 | $2,754.63 | $0.00 | $0.00 | $0.00 |
| | Exxon | 7100-000 | $9,106.85 | $0.00 | $0.00 | $0.00 |
| | GE Transportation | 7100-000 | $3,528.42 | $0.00 | $0.00 | $0.00 |
| | Kings Tire | 7100-000 | $34,572.34 | $0.00 | $0.00 | $0.00 |
| | Snap On Credit | 7100-000 | $22,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $142,091.65 | $87,310.72 | $87,310.72 | $27,989.35 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1          Exhibit 8

| | |
|---|---|
| **Case No.:** 13-20659-RGP | **Trustee Name:** Robert L. Johns |
| **Case Name:** JOHNNY CLARK TRUCKING LLC | **Date Filed (f) or Converted (c):** 06/30/2014 (c) |
| **For the Period Ending:** 4/20/2020 | **§341(a) Meeting Date:** 08/01/2014 |
| | **Claims Bar Date:** 11/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  City National Bank, P. O. Box 5077, Cross Lanes, WV 1. General Account ending in 5754, $8,456.89 2. Payroll Account ending in 0863 $6,225.75 3. DIP Account ending in 9071 | $14,682.64 | $9,909.23 | | $12,759.91 | FA |
| 2  Accounts Receivable | $20,994.03 | $0.00 | | $0.00 | FA |
| 3  See Attachment | $1,062,050.00 | $515,050.00 | | $841,250.00 | FA |
| 4  2 Desk Top Computers, 2 Sofas | $1,800.00 | $0.00 | | $0.00 | FA |
| 5  Claim for preferential payments and fraudulent conveyance  (u) | $0.00 | $9,871.85 | | $9,871.85 | FA |
| 6  Snap-On Tool box with extensions  (u) | $21,500.00 | $21,500.00 | | $21,500.00 | FA |
| 7  Interest from City National Account  (u) | $0.00 | $0.00 | | $473.72 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

| | $1,121,026.67 | $556,331.08 | | $885,855.48 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/17/2018 | Re Prop # 5 - Trustee receives 1st garnishment payment |
| 09/05/2018 | Re Prop # 5 - Trustee files Suggestion for garnishment of Judgment in the amount of $9,871.85 |
| 08/19/2018 | Re Prop # 5 - Trustee files for post judgment collection/garnishment of Judgment in the amount of $9,871.85 |
| 02/13/2018 | Re Prop # 5 - BK Court finds judgment in the amount of $9,871.85 |
| 09/06/2017 | Litigation over items taken by principal of Debtor pending.  court to determine judgment amount. |
| 06/22/2017 | Teleconference Mr. Clark, states he does not have remaining tool box tops, Trustee has information that Mr. Clark removed them |
| 06/16/2017 | Status conference rescheduled to 6/28/2017, Mr. Clark did not receive proper notice form BK Clerk's office |
| 05/18/2017 | Status Conference scheduled for 6/14/2017 |
| 04/21/2017 | Order entered granting sell of large tool box. |
| 04/12/2017 | Re Prop # 6 - Trustee has filed motion to sell commercial tool chests and boxes, objection period ends 04-14-2017 |
| 03/24/2017 | Trustee filed motion to sell large tool box. |
| 10/04/2016 | Re Prop # 5 -Teleconference Mr. Clark regarding transfers and value |

**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2        Exhibit 8

| Case No.: | 13-20659-RGP | | Trustee Name: | Robert L. Johns |
| Case Name: | JOHNNY CLARK TRUCKING LLC | | Date Filed (f) or Converted (c): | 06/30/2014 (c) |
| For the Period Ending: | 4/20/2020 | | §341(a) Meeting Date: | 08/01/2014 |
| | | | Claims Bar Date: | 11/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/04/2016   Prop #5 - Trustee filed AP against Johnny Clark for potential preferential payments and fraudulent conveyances of property.

4/19/16  Entry of default judgment entered by Court.

09/15/2015   Trustee investigating fraudulent conveyances and preferential payments.

10/14/2014   Re:  Prop #3 - Trustee to auction rolling stock of Debtor's on 10/29/2014.

Total auction sale in the amount of $841,250.00.

Asset #1 - Trustee sent letter to City National Bank regarding accounts to be closed.  City connected the accounts to an existing estate account.

**Initial Projected Date Of Final Report (TFR):**    04/30/2015        **Current Projected Date Of Final Report (TFR):**    12/01/2019        /s/ ROBERT L. JOHNS

ROBERT L. JOHNS

FORM 2

Page No: 1          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-20659-RGP | |
| Case Name: | JOHNNY CLARK TRUCKING LLC | |
| Primary Taxpayer ID #: | **-***4306 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 12/31/2013 | |
| For Period Ending: | 4/20/2020 | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0100 |
| Account Title: | Estate of Johnny Clark Trucking LLC |
| | |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2014 | (3) | Martin & Martin Auctioneers | Deposit on Auction per Motion to Sell, and order entered 10/6/2014 | 1129-000 | $100,000.00 | | $100,000.00 |
| 11/06/2014 | | Martin and Martin | Proceeds from Auction per Order entered 10/6/14 | * | $325,000.00 | | $425,000.00 |
| | {3} | | Proceeds from Auction per Order entered $415,814.10 10/6/14 | 1129-000 | | | $425,000.00 |
| | | | Auctioneer commission $(60,814.10) | 3610-000 | | | $425,000.00 |
| | | | Auctioneer expenses $(30,000.00) | 3620-000 | | | $425,000.00 |
| 11/06/2014 | (3) | Martin and Martin | Proceeds from auction per Order entered 10/6/14 | 1129-000 | $325,435.90 | | $750,435.90 |
| 11/12/2014 | 3001 | Mack Financial Services | Payment of Note - Contract No. 501-7621886 | 4110-000 | | $631,287.29 | $119,148.61 |
| 11/14/2014 | 3001 | VOID: Mack Financial Services | Void:  Mack Financial Services | 4110-003 | | ($631,287.29) | $750,435.90 |
| 11/14/2014 | 3002 | Mack Financial Services | Claim #7 - Payment of Note - Contract No. 501-7621886 | 4110-000 | | $550,574.25 | $199,861.65 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $700.51 | $199,161.14 |
| 12/09/2014 | 3003 | Estate of Johnny Clark Trucking, LLC | Transfer of funds to City National Bank Acct. for Johnny Clark Trucking, LLC | 9999-000 | | $195,000.00 | $4,161.14 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $108.27 | $4,052.87 |
| 01/07/2015 | | Estate of Johnny Clark Trucking, LLC | Transfer of funds from City National Account to pay consultant fees and expenses | 9999-000 | $35,000.00 | | $39,052.87 |
| 01/07/2015 | 3004 | Investment Recovery, Inc. | Pick-up 28 pieces and transport to Belle, WV Storage for 99 days | 2420-000 | | $36,120.00 | $2,932.87 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $12.69 | $2,920.18 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.26 | $2,915.92 |
| 03/24/2015 | 3005 | Insurance Partners Agency, INC | Bond Insurance payment for 2015 | 2300-000 | | $84.84 | $2,831.08 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.71 | $2,826.37 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.41 | $2,821.96 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.55 | $2,817.41 |
| 06/16/2015 | | Estate of Johnny Clark Trucking, LLC-City National | Transfer of funds from City National Account to pay Mack Financial Services | 9999-000 | $68,190.77 | | $71,008.18 |
| 06/16/2015 | 3006 | Mack Financial Services | Payment of Claim #7 | 4210-000 | | $68,190.77 | $2,817.41 |
| | | | **SUBTOTALS** | | $853,626.67 | $850,809.26 | |

**FORM 2**

Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-20659-RGP | |
| Case Name: | JOHNNY CLARK TRUCKING LLC | |
| Primary Taxpayer ID #: | **-***4306 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 12/31/2013 | |
| For Period Ending: | 4/20/2020 | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0100 |
| Account Title: | Estate of Johnny Clark Trucking LLC |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $25.70 | $2,791.71 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.51 | $2,787.20 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.50 | $2,782.70 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.35 | $2,778.35 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.48 | $2,773.87 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.33 | $2,769.54 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.47 | $2,765.07 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.46 | $2,760.61 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.16 | $2,756.45 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.45 | $2,752.00 |
| 04/08/2016 | 3007 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $73.51 | $2,678.49 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.23 | $2,674.26 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.32 | $2,669.94 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.17 | $2,665.77 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.30 | $2,661.47 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.29 | $2,657.18 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.15 | $2,653.03 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.28 | $2,648.75 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.14 | $2,644.61 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.27 | $2,640.34 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.26 | $2,636.08 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.84 | $2,632.24 |
| 03/31/2017 | 3008 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-003 | | $70.67 | $2,561.57 |
| 04/03/2017 | 3008 | VOID: Insurance Partners Agency, INC | Incorrect amount - had to re-run | 2300-003 | | ($70.67) | $2,632.24 |
| 04/03/2017 | 3009 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-003 | | $70.68 | $2,561.56 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.25 | $2,557.31 |
| | | | | **SUBTOTALS** | $0.00 | $260.10 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-20659-RGP | |
| Case Name: | JOHNNY CLARK TRUCKING LLC | |
| Primary Taxpayer ID #: | **-***4306 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/31/2013 | |
| For Period Ending: | 4/20/2020 | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0100 |
| Account Title: | Estate of Johnny Clark Trucking LLC |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.03 | $2,553.28 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $4.12 | $2,549.16 |
| 06/28/2017 | (6) | Eugene A. Mallory | Purchase of Snap-On Tool Box per Order entered 4/21/2017 | 1229-000 | $21,500.00 | | $24,049.16 |
| 06/29/2017 | 3010 | Snap-on Credit, LLC | Pay-off of Lien on Asset #6 per Order entered 4/21/2017 | 4210-000 | | $11,556.19 | $12,492.97 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.22 | $12,486.75 |
| 07/12/2017 | 3011 | Investment Recovery Company of West Virginia | Invoice #6551 - Re: Snap-On Tool Box - Consultant fees per order entered 4/21/2017 | 3731-000 | | $3,220.00 | $9,266.75 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $24.23 | $9,242.52 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.84 | $9,212.68 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.40 | $9,198.28 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($14.92) | $9,213.20 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.87 | $9,198.33 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.37 | $9,183.96 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $14.82 | $9,169.14 |
| 01/24/2018 | (1) | Estate of Johnny Cark Trucking, LLC | Balance from existing bank accounts at City National Bank | 1129-000 | $12,759.91 | | $21,929.05 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $20.12 | $21,908.93 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.95 | $21,876.98 |
| 03/09/2018 | 3012 | Insurance Partners Agency, INC | Bond Premium Payment on Policy #3792896, Invoice # 525611 | 2300-000 | | $61.23 | $21,815.75 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.26 | $21,780.49 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.01 | $21,746.48 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.09 | $21,711.39 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.91 | $21,677.48 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.98 | $21,642.50 |
| | | | **SUBTOTALS** | | $34,259.91 | $15,174.72 | |

FORM 2   Page No: 4   Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 13-20659-RGP | | Trustee Name: | Robert L. Johns |
| Case Name: | JOHNNY CLARK TRUCKING LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4306 | | Checking Acct #: | ******0100 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Estate of Johnny Clark Trucking LLC |
| For Period Beginning: | 12/31/2013 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 4/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.92 | $21,607.58 |
| 09/18/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $192.00 | | $21,799.58 |
| 09/25/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $288.00 | | $22,087.58 |
| 10/15/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $288.00 | | $22,375.58 |
| 10/15/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $354.00 | | $22,729.58 |
| 10/22/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $408.00 | | $23,137.58 |
| 11/09/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $280.00 | | $23,417.58 |
| 11/19/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $222.00 | | $23,639.58 |
| 11/26/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $312.00 | | $23,951.58 |
| 11/26/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $171.00 | | $24,122.58 |
| 12/17/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $286.00 | | $24,408.58 |
| 12/20/2018 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $179.00 | | $24,587.58 |
| 01/02/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $359.00 | | $24,946.58 |
| 01/08/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $252.00 | | $25,198.58 |
| 01/08/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $36.00 | | $25,234.58 |
| 01/17/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $201.00 | | $25,435.58 |
| 01/25/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $246.00 | | $25,681.58 |
| 01/30/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $56.00 | | $25,737.58 |
| 02/12/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $291.00 | | $26,028.58 |
| 02/14/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $265.00 | | $26,293.58 |
| 02/25/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $342.00 | | $26,635.58 |
| 03/01/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $207.00 | | $26,842.58 |
| 03/11/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $271.00 | | $27,113.58 |
| 03/20/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $175.00 | | $27,288.58 |
| 03/25/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | 1249-000 | $235.00 | | $27,523.58 |
| 04/01/2019 | 3013 | Insurance Partners Agency, INC | Bond premium payment Policy #3792896, Invoice #710722 | 2300-000 | | $69.69 | $27,453.89 |
| | | | SUBTOTALS | | $5,916.00 | $104.61 | |

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-20659-RGP | |
| Case Name: | JOHNNY CLARK TRUCKING LLC | |
| Primary Taxpayer ID #: | **-***4306 | |
| Co-Debtor Taxpayer ID #: | | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0100 |
| Account Title: | Estate of Johnny Clark Trucking LLC |

| | |
|---|---|
| For Period Beginning: | 12/31/2013 |
| For Period Ending: | 4/20/2020 |

| | |
|---|---|
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $299.00 | | $27,752.89 |
| 04/08/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $353.00 | | $28,105.89 |
| 04/15/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $308.00 | | $28,413.89 |
| 04/19/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $289.00 | | $28,702.89 |
| 04/28/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $267.00 | | $28,969.89 |
| 05/07/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $223.00 | | $29,192.89 |
| 05/08/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $289.00 | | $29,481.89 |
| 05/16/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $286.00 | | $29,767.89 |
| 05/29/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $326.00 | | $30,093.89 |
| 06/04/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $306.00 | | $30,399.89 |
| 06/10/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $342.00 | | $30,741.89 |
| 06/18/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $204.00 | | $30,945.89 |
| 06/26/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $247.85 | | $31,193.74 |
| 08/16/2019 | (5) | B.A.M. Trucking LLC | Payments per settlement agreement | | 1249-000 | $216.00 | | $31,409.74 |
| 09/19/2019 | | Estate of Johnny Clark Trucking, LLC | Funds from City National Account | | * | $92,282.95 | | $123,692.69 |
| | | | Funds from City National Account | $91,809.23 | 9999-000 | | | $123,692.69 |
| | {7} | | Interest from City National Account | $473.72 | 1270-000 | | | $123,692.69 |
| 01/21/2020 | 3014 | Robert Johns | Trustee Expenses | | 2200-000 | | $97.79 | $123,594.90 |
| 01/21/2020 | 3015 | Robert L. Johns | Trustee Compensation | | 2100-000 | | $47,542.77 | $76,052.13 |
| 01/21/2020 | 3016 | Turner & Johns PLLC | Final Distribution Claim #: ; | | 3110-000 | | $16,888.50 | $59,163.63 |
| 01/21/2020 | 3017 | Turner & Johns PLLC | Final Distribution Claim #: ; | | 3120-000 | | $181.88 | $58,981.75 |
| 01/21/2020 | 3018 | Cat Commercial Acct | Final Distribution Claim #: 1; | | 7100-000 | | $2,578.92 | $56,402.83 |
| 01/21/2020 | 3019 | Interstate Billing | Final Distribution Claim #: 2; | | 7100-000 | | $2,295.39 | $54,107.44 |
| 01/21/2020 | 3020 | Internal Revenue Service | Final Distribution Claim #: 3; | | 5800-000 | | $6,250.36 | $47,857.08 |
| 01/21/2020 | 3021 | West Virginia State Tax Department | Final Distribution Claim #: 4; | | 5800-000 | | $6,359.91 | $41,497.17 |
| 01/21/2020 | 3022 | West Virginia State Tax Department | Final Distribution Claim #: 4; | | 7100-000 | | $116.39 | $41,380.78 |
| 01/21/2020 | 3023 | Petroleum Products, Inc. | Final Distribution Claim #: 5; | | 7100-000 | | $12,673.04 | $28,707.74 |
| | | | | SUBTOTALS | | $96,238.80 | $94,984.95 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-20659-RGP | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | JOHNNY CLARK TRUCKING LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4306 | Checking Acct #: | ******0100 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate of Johnny Clark Trucking LLC |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 4/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/21/2020 | 3024 | Cyrus & Adkins | Final Distribution Claim #: 6; | 7100-000 | | $7,546.37 | $21,161.37 |
| 01/21/2020 | 3025 | Red Bird Tire | Final Distribution Claim #: 8; | 7100-000 | | $2,779.24 | $18,382.13 |
| 01/21/2020 | 3026 | WV Offices of the Insurance Commissioner | Final Distribution Claim #: 9; | 5800-000 | | $4,878.00 | $13,504.13 |
| 01/21/2020 | 3027 | WorkForce West Virginia | Final Distribution Claim #: 10; | 5800-000 | | $7,929.45 | $5,574.68 |
| 01/21/2020 | 3028 | United States Trustee's Office | Final Distribution Claim #: 11; | 2690-720 | | $3,254.68 | $2,320.00 |
| 01/21/2020 | 3029 | WV State Tax Department | Final Distribution Claim #: 12; | 6820-000 | | $1,608.00 | $712.00 |
| 01/21/2020 | 3030 | United States Bankruptcy Clerk | Final Distribution Claim #: 13; | 2700-000 | | $712.00 | $0.00 |

|  | | | | TOTALS: | $990,041.38 | $990,041.38 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank transfers/CDs | $103,190.77 | $195,000.00 | |
| | | | | Subtotal | $886,850.61 | $795,041.38 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $886,850.61 | $795,041.38 | |

| For the period of 12/31/2013 to 4/20/2020 | | For the entire history of the account between 11/03/2014 to 4/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $885,855.48 | Total Compensable Receipts: | $885,855.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $885,855.48 | Total Comp/Non Comp Receipts: | $885,855.48 |
| Total Internal/Transfer Receipts: | $195,000.00 | Total Internal/Transfer Receipts: | $195,000.00 |
| | | | |
| Total Compensable Disbursements: | $885,855.48 | Total Compensable Disbursements: | $885,855.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $885,855.48 | Total Comp/Non Comp Disbursements: | $885,855.48 |
| Total Internal/Transfer Disbursements: | $195,000.00 | Total Internal/Transfer Disbursements: | $195,000.00 |

**FORM 2**   Page No: 7        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-20659-RGP | |
| Case Name: | JOHNNY CLARK TRUCKING LLC | |
| Primary Taxpayer ID #: | **-***4306 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 12/31/2013 | |
| For Period Ending: | 4/20/2020 | |

| | |
|---|---|
| Trustee Name: | Robert L. Johns |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0100 |
| Account Title: | Estate of Johnny Clark Trucking LLC |
| | |
| Blanket bond (per case limit): | $3,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $886,850.61 | $795,041.38 | $0.00 |

**For the period of 12/31/2013 to 4/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $885,855.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $885,855.48 |
| Total Internal/Transfer Receipts: | $195,000.00 |
| | |
| Total Compensable Disbursements: | $885,855.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $885,855.48 |
| Total Internal/Transfer  Disbursements: | $195,000.00 |

**For the entire history of the case between  06/30/2014 to 4/20/2020**

| | |
|---|---|
| Total Compensable Receipts: | $885,855.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $885,855.48 |
| Total Internal/Transfer Receipts: | $195,000.00 |
| | |
| Total Compensable Disbursements: | $885,855.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $885,855.48 |
| Total Internal/Transfer  Disbursements: | $195,000.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS